# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| FREDDIE FRANCIS, JR., | : | No. 3:14cv1248 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CORRECTIONAL OFFICER B. FULLER, CORRECTIONAL OFFICER M. KUBICKI and SIS OFFICER E. HAYDEN, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 21st day of May 2018, it is hereby **ORDERED** as follows:

1) Plaintiff's motion to exclude evidence of prior convictions (Doc. 96) is **GRANTED**;

2) Plaintiff's motion to withdraw motion to exclude evidence pertaining to prison misconduct (Doc. 104) is **GRANTED** and the motion to exclude evidence pertaining to prison misconduct (Doc. 97) is considered **WITHDRAWN**; and

3) Defendants' motion in limine (Doc. 101) **GRANTED** to the extent that evidence of a "traumatic brain injury" diagnosis is precluded. Plaintiff shall, however, be allowed to describe the injury he suffered.

                                                  **BY THE COURT:**

                                                  **s/ James M. Munley**
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**